affirming the order denying a new trial on the ground of newly-discovered evidence denied.

THE CITY OF SYRACUSE, Respondent, v. ASHOD H. TIRYAKIAN and Others, Appellants.— Motion for leave to appeal to the Court of Appeals from order affirming the order denying a new trial on the ground of newly-discovered evidence denied.

THE CITY OF SYRACUSE, Respondent, v. THOMAS HOGAN and Others, Appellants. (Action No. 1.) — Motion for leave to appeal to the Court of Appeals from order affirming the order denying a new trial on the ground of newly-discovered evidence denied.

THE CITY OF SYRACUSE, Respondent, v. THOMAS HOGAN and Others, Appellants. (Action No. 2.) — Motion for leave to appeal to the Court of Appeals from order affirming the order denying a new trial on the ground of newly-discovered evidence denied.

O'CONNOR TRANSPORTATION COMPANY, Appellant, v. GLENS FALLS INSURANCE COMPANY, Respondent.— Motion for reargument denied, with ten dollars costs. Motion for leave to appeal to Court of Appeals denied.

LLOYD E. FURRY and Another, as Copartners, etc., Appellants, v. THOMAS E. MARTIN and Another, Respondents.— Motion for leave to appeal to Court of Appeals denied, with ten dollars costs.

FRANK O. COLE, Respondent, v. THE STATE OF NEW YORK, Appellant.— Appeal dismissed, without costs, upon stipulation filed.

HELEN F. THOMPSON, Appellant, v. NEW YORK CENTRAL RAILROAD COMPANY and the PULLMAN COMPANY, Respondents.— Motion granted and appeal dismissed, with costs.

JAMES O. SEBRING, Respondent, v. ABRAHAM GOLDMAN, Appellant.— Motion to dismiss appeal denied.

ELLA L. HUSTED, Respondent, v. TERBELL-CALKINS DRUG COMPANY, Appellant.— Appeal dismissed, unless appellant shall file and serve printed papers by February first.

ALBERT WYSOTA, Respondent, v. WEBSTER BASKET COMPANY, Appellant.— Motion for leave to appeal to Court of Appeals denied, with ten dollars costs.

PERRY SAYRES, Respondent, v. DECKER AUTOMOBILE COMPANY, Appellant.— Motion to dismiss appeal granted, unless appellant shall file and serve printed papers on appeal on or before February 1, 1923, and be ready for argument at the opening of the March term.

LUCY FALK, as Sole Administratrix, etc., Respondent, v. CORNING AND PAINTED POST STREET RAILWAY, Appellant.— Motion to dismiss appeal granted, unless the appellant shall file and serve the printed briefs on appeal on or before February 1, 1923.

JOHN L. McGANNON, Respondent, v. CORNING AND PAINTED POST STREET RAILWAY, Appellant.— Motion to dismiss appeal granted, unless the appellant shall file and serve the printed briefs on appeal on or before the 1st day of February, 1923.

TEN EYCK O. BURLESON, Respondent, v. M. MABEL SHAW, Appellant.— Motion to dism'ss the appeal granted, unless the appellant shall file and serve the printed papers on appeal herein on or before the 1st day of February, 1923, and shall be ready for argument at the opening of the March term.